In the Matter of the Will of EDWARD M. PETERS, Deceased. SEAMEN'S CHURCH INSTITUTE OF NEW YORK et al.; SUSIE C. TIEMANN, as Executrix of PAUL E. TIEMANN, Deceased; et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 865.]. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., taking no part.

ALONZO D. COLE v. PHILLIPS H. LORD, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 890.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CLEM C. AUSTIN, Suing on Behalf of Himself and All Other Stockholders of PACIFIC COAST CEMENT CORPORATION Similarly Situated, v. WILLIAM T. GARDINER et al. and HENRY M. BROOKS et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 863.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARION GRUNDER, Individually and on Behalf of Similarly Situated Stockholders of UNITED MERCHANTS AND MANUFACTURERS, INC., v. JACOB W. SCHWAB et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. [See *ante*, p. 887.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., taking no part.

In the Matter of LEWIS GINSBURG. SAMUEL ADELSON et al.— The point now raised was not made by the appellant on the appeal from the order nor at Special Term. In order that there may be no question as to the validity of the proceeding before the referee, the motion to reargue is granted and upon reargument the order appealed from is modified by granting the motion to the extent of referring the matter to Honorable John J. O'Connor for a determination of the petitioner's lien in accordance with the provisions of the order of December 20, 1943. Settle order on notice. [See *ante*, p. 888.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (April 14, 1944.)

TIMOTHY M. O'CONNOR, Respondent, v. COMET CAB Co., INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

WILLIAM LIPSON, Doing Business under the Name of WM. LIPSON & COMPANY, Respondent-Appellant, v. BRADFORD DYEING ASSOCIATION OF U. S. A., Appellant-Respondent.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 983.]

HARVEY KYE, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

HARVEY KYE, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

MAY Z. KAUFMAN, as Executrix of MELVILLE B. KAUFMAN, Deceased, Respondent, v. SAM FOX et al., Copartners Trading as SAM FOX PUBLISHING COMPANY, Appellants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 975.]